UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIMAR RODRIGUEZ, on behalf of herself
and all others similarly situated,

                          Plaintiff,

            -against-

SANOFI-AVENTIS U.S. LLC, CHATTEM, INC.,
CVS HEALTH CO. f/k/a CVS CAREMARK, and
DOLLAR TREE STORES, INC.,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/4/2019
```

19 Civ. 9527 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' joint letter filed on December 3, 2019, ECF No. 26, it is hereby ORDERED that:

1. The action is STAYED pending the decision of the Judicial Panel on Multidistrict Litigation ("JPML") in *In re Zantac/Ranitidine NDMA Litig.*, MDL No. 2924;

2. All deadlines are VACATED; and

3. The parties shall notify the Court of the JPML's decision within ten days of the decision.

SO ORDERED.

Dated: December 4, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge